UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. MJ–116044 |
| v. | |
| RAZVAN PASCU | |
| Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY AMY HARMAN BURKART

Assistant United States Attorney Amy Harman Burkart will be representing the United States as co-counsel for the government in this matter.

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ
                                                United States Attorney

                                      By: */s/ Amy Harman Burkart*
                                                AMY HARMAN BURKART
                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                            */s/ Amy Harman Burkart*
                                            AMY HARMAN BURKART
                                            Assistant United States Attorney

Dated: May 6, 2011