```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
        Plaintiff,           )
   v.                        )          CRIMINAL NO.
                             )          11-10199-DPW
RAZVAN PASCU,                )
        Defendant.           )
```

## NOTICE OF INITIAL PRETRIAL CONFERENCE

WOODLOCK, J.

   Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **on August 25, 2011 at 2:00 p.m.**, in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston** with Judge Woodlock.

   By **NOON 7 8/18/11**, the parties shall, **ELECTRONICALLY,** file a Joint Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested; 5) whether any defendant is in federal or state custody or on release; and 6) whether any defendant is a fugitive; and 7) any other matters which should be addressed at the conference.

                                          BY THE COURT,

```
                                        /s/ Jarrett Lovett
                                         Deputy Clerk
DATE: 8/2/11
```