# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

---

|
UNITED STATES OF AMERICA      |          CRIMINAL No. 11-10199 (DPW)
                              |
     v.                       |
                              |
RAZVAN PASCU                  |
        Defendant     |
---                           |

## REQUEST FOR EXTENSION OF TIME AND RESCHEDULING OF HEARING

      The Government respectfully requests an extension of time of one week, from August 3, 2011 to August 10, 2011, to file an Opposition to the Defendant's Motion to Suppress Evidence.  Defendant's Counsel, Matthew Feinberg, assents to this request.

      Mr. Feinberg respectfully requests that the initial pretrial conference, which was scheduled this morning for August 25, 2011, be rescheduled for on or before August 17, 2011, to accommodate a previously planned vacation.  The Government assents to this request.

      Respectfully submitted,

      CARMEN M. ORTIZ
      United States Attorney


    By: */s/ Amy Harman Burkart*
      AMY HARMAN BURKART
      Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Amy Harman Burkart
AMY HARMAN BURKART
Assistant United States Attorney

Dated: August 2, 2011