## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 11-10199-DPW |
| v. | |
| RAZVAN PASCU | |
| Defendant | |

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME
## TO RESPOND TO DEFENDANT'S NEW SUPPRESSION ARGUMENTS

The government asks for 14 days to respond to the three new suppression arguments that the defendant raised for the first time in the Memorandum that he filed today.

The defendant's initial Motion to Suppress and Memorandum in Support, filed July 20, 2011, argued that evidence obtained from the search of the car the defendant was driving should be suppressed because the defendant's understanding of English was so poor that any consent he gave for the search was not voluntary. [Dkt. 13, 14]. The Court held an evidentiary hearing on this motion on September 19 and 21 and ordered the parties to file any additional submissions by October 21, 2011. [Dkt. 9/21/11]. With the government's assent, the defendant asked for, and the Court granted, a continuance of this deadline to October 28. [Dkt. 29].

Today, the defendant filed a 17-page Memorandum in Support of Defendant's Motion to Suppress [Dkt. 31] that raises three new grounds for suppression: (1) the defendant's detention at the Fresh Pond Mall was an illegal *Terry* stop because it was not supported by reasonable suspicion (Memorandum 8-10); (2) the police converted that *Terry* stop into an illegal arrest by during the three hours they spent with the defendant at the mall (Memorandum 10-12); and (3) the police

illegally towed the defendant's car to the Cambridge Police Station, where they conducted the inventory search (Memorandum 15-16).

The government therefore asks to have until November 14 to respond to these new arguments (the normal 14-day response period would end November 11, which is a holiday).  Because argument on the defendant's motion is currently scheduled for November 8, the government asks that the Court continue this argument date until after November 14.  The government has consulted with defense counsel, who has said that he will not assent to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Adam Bookbinder
Adam J. Bookbinder
Scott L. Garland
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Adam Bookbinder

Dated: October 28, 2011