UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA,
    Plaintiff,

v.

RAZVAN PASCU,
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CRIMINAL ACTION
No. 11-CR-10199-DPW

## OPPOSITION TO GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S NEW SUPPRESSION ARGUMENTS

Now comes the Defendant in the above-captioned matter and hereby objects to the government's Motion for Additional Time for the following reasons:

1. The government claims that Defendant has raised new suppression arguments are disingenuous. The government itself raised all of these issues, the two *Terry* arguments the government now claims are new, as well as the inventory search, in its extensive Memorandum in Opposition to Defendant's Motion to Suppress filed on August 3, 2011. In particular, §§C 3 and 4 clearly raise these issues (*see*, Docket #20).

2. Both the government and the Defendant were given until October 21, 2011, to file memoranda in support of or in opposition to the Motion to Suppress. The government assented to a one-week extension of that deadline. Then, instead of filing the memorandum as scheduled by the Court, it has sought an extension claiming, in effect, surprise. Their motion ignores its own pre-trial memorandum and is inconsistent with the usual practice in this court for

simultaneous filings with the opportunity, if requested, for reply. To allow the government's motion would deviate from this practice and would permit the government to delay hearing and decision on the motion and at the same time have the "last word" on the arguments presented.

    3.    Under these circumstances the Defendant's position is as follows:

- The government should file its memorandum forthwith in compliance with this Court's schedule or be barred from filing any memoradum.
- Should the government file a memorandum, both parties should have until November 7, 2011 (the day before the scheduled hearing) to file reply memoranda, if any.
- In any case, the hearing scheduled for November 8, 2011, should not be postponed.

RAZVAN PASCU,
By his attorneys,

Date: 10/31/2011

*/s/ Matthew H. Feinberg*
Matthew H. Feinberg
BBO #161380
Matthew A. Kamholtz
BBO #257290
FEINBERG & KAMHOLTZ
125 Summer Street, 6th Floor
Boston, MA 02110
(617) 526-0700

CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of Defendant's Motion through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Date: 10/31/2011                            */s/ Matthew H. Feinberg*
                                                                            Matthew H. Feinberg