UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************
UNITED STATES OF AMERICA,
    Plaintiff,

v.

RAZVAN PASCU,
    Defendant
*************************************

CRIMINAL ACTION
No. 11-CR-10199-DPW

**JOINT MOTION FOR DISPOSITION OF MOTION TO SUPPRESS AND FOR FURTHER STATUS CONFERENCE**

Now come the government and the defendant, Razvan Pascu, and through counsel jointly request that this Court render a decision regarding the Defendant's Motion to Suppress and schedule a further status conference. In support of this motion, the parties state that:

1. Defendant's Motion to Suppress was filed on July 20, 2011. All evidence regarding the motion was concluded on September 21, 2011, and all briefing on the issues was concluded on November 21, 2011.

2. Thereafter, the Court scheduled final argument, which was held on November 28, 2011, and the matter was then taken under advisement.

3. On January 11, 2012, the government, by motion, requested a status conference and for an exclusion of time under the Speedy Trial Act. The Court granted the motion and scheduled an Interim Pretrial Conference on February 28, 2012. After that conference, the Court scheduled trial in this case for September 10, 2012, and stated, "Court will issue Memorandum and Order re Defendant's Motion to Suppress." *See*, Clerk's Notes for 2/28/12 conference.

    4.       To date, no decision has issued.

    5.       The Defendant has been detained in custody for over one year.

    6.       It is in both parties' interests and in the interest of justice that the Court render its decision as promptly hereafter as reasonably possible.

WHEREFORE, the parties jointly move for a prompt disposition of Defendant's Motion to Suppress and for a further status conference as it may relate to excludable delay and the scheduled trial date.

                                                      RAZVAN PASCU,
                                                      By his attorneys,

| | |
|---|---|
| 5/24/2012 | /s/ Matthew H. Feinberg |
| Date | Matthew H. Feinberg |
| | BBO #161380 |
| | Matthew A. Kamholtz |
| | BBO #257290 |
| | FEINBERG & KAMHOLTZ |
| | 125 Summer Street, 6th Floor |
| | Boston, MA 02110 |
| | (617) 526-0700 |

                                                      CARMEN M. ORTIZ,
                                                      United States Attorney,

                                                      /s/ Amy Harman Burkart
                                                      By:  Amy Harman Burkart,
                                                      Assistant U.S. Attorney
                                                      Office of the U.S. Attorney
                                                      1 Courthouse Way, Suite 9200
                                                      Boston, MA 02210
                                                      (617) 748-3100

CERTIFICATE OF SERVICE

  I hereby certify that I served a copy of the foregoing Motion through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the ___24th___ day of May 2012.

                 /s/ Matthew H. Feinberg
                 Matthew H. Feinberg