```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
      Plaintiff,                 )
                                 ) CRIMINAL NO. 11-10199-DPW
           v.                    )
                                 )
RAZVAN PASCU,                    )
      Defendant.                 )
```

### NOTICE OF RULE 11 HEARING

WOODLOCK, J.

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **10:00 a.m. on July 11, 2012**, in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston**, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement that requires the defendant to waive his/her appeal rights without a reliable demonstration after full hearing that the waiver is knowing and voluntary.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed in the custody of the United States Marshal immediately following the Court's entry of a guilty plea.

It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea**, shall be submitted to the Courtroom Deputy Clerk **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**. If one or both the parties contend this submission should be maintained under seal, they should so move providing reasons for such sealing.

```
                                        BY THE COURT,


                                        /s/ Jarrett Lovett
DATE: 6/27/12                           Deputy Clerk
```