Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 7/11/12
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 11-10199 (DPW) |
| ) | |
| RAZVAN PASCU a/k/a RAZVAN ) | |
| ANGHEL ) | |

## WAIVER OF INDICTMENT

I, **RAZVAN PASCU**, the above-named defendant, who is accused of knowingly possessing and using without lawful authority a means of identification of another person – to wit the bank account number ************9072 and the PIN number associated with that account – during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c) – that is bank fraud in violation of 18 U.S.C. § – all in violation of 18 U.S.C. 1028A(a)(1), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on July 11, 2012 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

x PASCU RAZVAN
_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer