UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA,
    Plaintiff

v.

RAZVAN PASCU,
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 11-10199-DPW

## JOINT TO MOTION TO EXTEND FILING DEADLINES FOR THE PRESENTENCE REPORT AND OBJECTIONS THERETO

Now come the Government and the Defendant in the above-captioned matter and hereby respectfully move that the Court extend the date for the filing of the Presentence Report pursuant to 32(e)(2) and 32(f)(1-3) to and including September 25, 2012, and permit the Government and the Defendant to make objections, if any, on or before October 1, 2012.  In all other respects, this Court's Order regarding the sentencing schedule would remain in place so that the sentencing would still occur as scheduled on October 9, 2012.

In support of this request, the parties state that due to vacation schedules and logistics, the earliest available date for all participants to conduct the PSR interview is September 5th.  Rather than extend the sentencing date, the Probation Officer has agreed that his Presentence Report will be ready by September 25, 2012. Counsel for the Government and the Defendant have agreed that they will submit objections, if any, on or before October 1, 2012, and that the final Report could be submitted by Friday, October 5, 2012.  If acceptable to the Court, this will permit sentencing to proceed as currently scheduled on October 9, 2012.

RAZVAN PASCU,
By his attorney,

 8/1/12                    /s/ Matthew H. Feinberg
Date                       Matthew H. Feinberg
                           BBO #161380
                           FEINBERG & KAMHOLTZ
                           125 Summer Street, 6th Floor
                           Boston, MA 02110
                           (617) 526-0700

                           UNITED STATES OF AMERICA,
                           By its attorney:


                            /s/ Amy Harman Burkart
                           Amy Harman Burkart, AUSA
                           Office of the U. S. Attorney
                           1 Courthouse Way, Suite 9200
                           Boston, MA 02210
                           (617) 748-3112


CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Defendant's Motion through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 1st day of August, 2012.


                            /s/ Matthew H. Feinberg
                           Matthew H. Feinberg