UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 11-10199 (DPW) |
| v. | |
| RAZVAN PASCU | |
|         Defendant | |

### REQUEST FOR RESCHEDULING OF SENTENCING

The Government respectfully requests a brief continuance for approximately one or two weeks of Mr. Pascu's sentencing. Defendant's Counsel, Matthew Feinberg, assents to this request if it is possible to obtain another sentencing date relatively soon. If the Court's schedule will not allow for a brief continuance, Mr. Feinberg will not assent to the request.

The Government is requesting a continuance because it has just obtained unsubstantiated information about an officer that was a witness at the defendant's suppression hearing. The Government requests additional time to determine if this information is valid and what disclosures are appropriate.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                                By:  */s/ Amy Harman Burkart*
                                        AMY HARMAN BURKART
                                        Assistant United States Attorney

CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                            */s/ Amy Harman Burkart*
                                            AMY HARMAN BURKART
                                            Assistant United States Attorney

Dated: October 19, 2012