UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 11-10199 (DPW) |
| RAZVAN PASCU<br>Defendant | |

### MOTION TO DISMISS COUNTS 1 AND 2 OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Counts One and Two of the Indictment charging Defendant with conspiracy in violation of 18 U.S.C. § 371 and bank fraud in violation of 18 U.S.C. § 1344. In support of this dismissal, the government states that, pursuant to a plea agreement, Defendant has pleaded guilty to an information charging him with aggravated identity theft in violation of 18 U.S.C. § 1028A, and the dismissal is in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Scott L. Garland
SCOTT L. GARLAND
Assistant United States Attorney

*Leave Granted.*

*Douglas P. Woodlock*
*U.S.D.J.*